UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDCOR CONSTRUCTION INC., <br><br>                 Plaintiff, <br><br> v. <br><br> HERITAGE CONSTRUCTION COMPANY, et al., <br><br>                 Defendants. | Case No.:  19cv1055-JAH (MDD) <br><br> **ORDER RESETTING HEARING DATE** |

On the Court's own motion, the hearing date for Plaintiff Ledcor Construction Inc.'s the Motion to Remand (Doc. No. 5), scheduled for August 19, 2019 at 2:30 p.m., is **VACATED** and **RESET** for <u>**August 26, 2019 at 2:30 p.m.**</u>, before this Court.

      **IT IS SO ORDERED.**

DATED: August 2, 2019

_____
JOHN A. HOUSTON
United States District Judge

1