# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDCOR CONSTRUCTION INC., <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE CONSTRUCTION COMPANY, et al., <br><br> Defendants. | Case No.: 19cv1055-JAH (MDD) <br><br> **ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION** |

After a careful review of the parties' submissions, the Court deems Plaintiff's Motion to Remand (Doc. No. 5) suitable for adjudication without oral argument. <u>See</u> CivLR 7.1 (d. 1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion is taken under submission without oral argument, and the hearing date set for August 26, 2019, at 2:30 p.m., before this Court, is **VACATED**.

**IT IS SO ORDERED.**

DATED: August 21, 2019

_____
JOHN A. HOUSTON
United States District Judge